UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ LICEA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-00644-DAD-BAM<br><br>**ORDER REGARDING TELEPHONIC INFORMAL DISCOVERY DISPUTE CONFERENCE** |

On September 29, 2020, the Court held an informal discovery dispute conference off the record to address production of medical and other nonparty authorizations and a signed Plaintiff's Fact Sheet. Counsel Kristi Wood appeared by telephone on behalf of Plaintiff Liz Lucea ("Plaintiff"). Counsel Matthew Lerner appeared by telephone on behalf of Defendants C R Bard Incorporated and Bard Peripheral Vascular Incorporated ("Defendants"). The parties submitted joint informal briefing regarding the issue prior to the conference and stipulated to an informal ruling by the Court.

According to the joint informal briefing, Plaintiff agreed to produce signed medical, insurance, and other authorizations with her initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). (Doc. No. 40 at 1; Doc. No. 24 at 5, 11, Ex. 5.) The Scheduling Order in this case required Plaintiff to produce initial disclosures by August 5, 2020, and to produce a Plaintiff Fact Sheet by August 21, 2020. (Doc. No. 27.) Defendants state that they have not yet received the signed authorizations. (Doc. No. 40 at 1.) At the conference, Defendants' counsel further informed the Court that they have received a Plaintiff Fact Sheet but it was unsigned. Plaintiff represents that the failure to return the authorizations was due to Plaintiff's illness and

was unintentional. (Doc. No. 40 at 2.) Plaintiff does not object to production of the authorizations or a signed Plaintiff Fact Sheet.

Accordingly, IT IS HEREBY ORDERED that, on or before **October 13, 2020,** Plaintiff shall produce a signed Plaintiff Fact Sheet as well as signed medical, insurance, and other authorizations referenced in Case Management Order No. 12 from the *In Re: Bard IVC Filters Products Liability Litigation,* MDL 2641 (*see* Doc. No. 24 at Ex. 5) as agreed upon by the Parties.

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **September 29, 2020**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE